## RECONSIDERATION DOCKET

**93-2143.** Bammerlin v. Police & Firemen's Disability & Pension Fund. *Franklin County,* No. 93AP-460. Reported at 71 Ohio St.3d 567, 645 N.E.2d 1239. On motion for reconsideration. Motion denied.

**94-2117.** Best v. Energized Substation Serv. *Lorain County,* No. 93CA005737. Reported at 71 Ohio St.3d 1479, 645 N.E.2d 1259. On motion for reconsideration. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

COOK, J., not participating.

**94-2432.** DeVault v. DeVault. *Franklin County,* Nos. 93APF11-1606 and 94APF02-270. Reported at 71 Ohio St.3d 1480, 645 N.E.2d 1259. On motion for reconsideration filed *pro se.* Motion denied.

**94-2461.** State v. Wooten. *Crawford County,* No. 3-94-7. Reported at 71 Ohio St.3d 1477, 645 N.E.2d 1257. On motion for reconsideration. Motion denied.

**94-2523.** Spalding v. Aetna Cas. & Sur. Co. *Stark County,* No. CA-9429. Reported at 71 Ohio St.3d 1477, 645 N.E.2d 1258. On motion for reconsideration. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

**94-2527.** DeFelice v. Imperativo, Inc. *Cuyahoga County,* No. 66672. Reported at 71 Ohio St.3d 1481, 645 N.E.2d 1260. On motion for reconsideration. Motion denied.

F.E. SWEENEY, J., dissents.

**94-2535.** W. Am. Ins. Co. v. Hopkins. *Clark County,* No. CA3108. Reported at 71 Ohio St.3d 1481, 645 N.E.2d 1260. On motion for reconsideration. Motion denied.

**95-54.** State ex rel. Scott v. Wilkinson. In Mandamus. Reported at 71 Ohio St.3d 1475, 645 N.E.2d 1256. On motion for reconsideration. Motion denied.

**95-66.** State ex rel. Kefalos v. Upper Arlington. In Quo Warranto. Reported at 71 Ohio St.3d 1475, 645 N.E.2d 1256. On motion for reconsideration. Motion denied.